IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMAAL ABRAM,

        Petitioner,

vs.

STATE OF NEBRASKA, The;

        Respondent.

8:24CV259

**ORDER**

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO ORDERED.

    Dated this 27th day of November, 2024.

        BY THE COURT:

        s/ Joseph F. Bataillon
        Senior United States District Judge