IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL ABRAM,<br><br>            Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services; and SHAUN SETTLES, Warden of Tecumseh State Correctional Institution;<br><br>            Respondents. | 8:24CV259<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's Motion for Copy and Extension of Time. Filing 8. Petitioner seeks an extension of his January 2, 2025, deadline to file an amended habeas petition setting forth all his claims for relief due to his limited law library access and also requests a copy of his original petition, Filing 1, to allow Petitioner to fully incorporate those grounds into his amended petition. Filing 8 at 2. Upon consideration, the Court will grant Petitioner's motion for extension, but his request for a free copy of his petition will be denied.

Petitioner is not proceeding in forma pauperis in this case. *See* Docket Sheet reflecting Petitioner's payment of $5.00 filing fee. Thus, he is not entitled to free copies of court records pursuant to 28 U.S.C. § 2250, which provides:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

Thus, if Petitioner requires a copy of his habeas petition, he should contact this Court's clerk's office to determine the proper method for requesting and paying for copies. *See* NEGenR 1.2(d) ("Before providing a service, the clerk requires prepayment of all collectible fees prescribed by

statute or the Judicial Conference of the United States."); *see also* 28 U.S.C. § 1914 & Judicial Conference Schedule of Fees (fee "[f]or reproducing any record and providing a copy in paper form, $.50 per page").

IT IS THEREFORE ORDERED that:

1.  Petitioner's Motion for Copy and Extension of Time, Filing 8, is granted in part and denied in part.

2.  Petitioner's request for a copy of his habeas petition is denied. Petitioner should contact this Court's clerk's office to determine the proper method for requesting and paying for copies.

3.  Petitioner shall have until **February 18, 2025**, to file an amended habeas petition. In setting this deadline, the Court has attempted to factor in additional time Petitioner may require to request and pay for a copy of his petition.

4.  If Petitioner requires additional time to amend his petition or seeks to demonstrate that he lacks sufficient funds to pay for a copy of his petition, he must file a written motion seeking an extension of time and demonstrating a need for a free copy before the expiration of the **February 18, 2025**, deadline.

5.  The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 18, 2025**: deadline for Petitioner's brief.

Dated this 31st day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge