IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL ABRAM,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services; SHAUN SETTLES, Warden of Tecumseh State Correctional Institution; and NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES-TECUMSEH STATE CORRECTIONAL INSTITUTION,<br><br>　　　　　　　　Respondents. | 8:24CV259<br><br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on Petitioner's Motion for Additional Records from the Designation, Filing 19, and Motion for Extension of Time, Filing 20.  Petitioner seeks a copy of his petition for further review filed on January 20, 2011, in the Nebraska Supreme Court as part of his direct appeal in case no. A-10-219, which appears in Respondent's Designation of State Court Records in Support of Answer at Filing 15-9. Petitioner states these records are relevant to his claims and to show he invoked one complete round of Nebraska's established appellate review process regarding each of his claims. Filing 19. Petitioner also seeks an extension of time to prepare his brief in response to Respondent's answer and brief in light of his pending request for the additional records. Filing 20.

　　　　As set forth in the Court's prior progression order, if "Petitioner needs additional records from the designation, Petitioner may file a motion with the Court requesting additional documents. Such motion must set forth the documents requested and the reasons the documents are relevant to the cognizable claims." Filing 11 at 7. Upon consideration, the Court will grant

Petitioner's request for the additional records he seeks and grant him an extension of time to file his brief as set forth below.

      IT IS THEREFORE ORDERED that:

      1.    Petitioner's Motion for Additional Records from the Designation, Filing 19, is granted. The Clerk of the Court is directed to send to Petitioner a copy of Filing 15-9 with this Memorandum and Order.

      2.    Petitioner's Motion for Extension of Time, Filing 20, is granted. Petitioner shall have until **November 19, 2025**, to file and serve his brief in response to Respondent's answer and brief.

      3.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 19, 2025**: Petitioner's brief due.

Dated this 20th day of October, 2025.

                          BY THE COURT:

                          _____
                          Brian C. Buescher
                          United States District Judge