IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMAAL ABRAM,

                Petitioner,

    vs.

ROB JEFFREYS, Director of the Nebraska
Department of Correctional Services; SHAUN
SETTLES, Warden of Tecumseh State
Correctional Institution; and  NEBRASKA
DEPARTMENT OF CORRECTIONAL
SERVICES-TECUMSEH STATE
CORRECTIONAL INSTITUTION,

                Respondents.

**8:24CV259**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time.  Filing 25. Petitioner requests an extension of his June 22, 2026, deadline to submit his brief in response to Respondent's answer and brief because his institution's law library was closed for repairs on June 6, 2026, and the estimated time for repairs to be completed was unknown to Petitioner. Upon consideration, and for good cause shown,

IT IS ORDERED that:

1.      Petitioner's Motion for Extension of Time, Filing 25, is granted.  Petitioner shall have until July 22, 2026, to file and serve his brief in response to Respondent's answer and brief.

2.      The Clerk of Court is directed to terminate the previous pro se case management deadline of June 22, 2026, and set a pro se case management deadline using the following text: **July 22, 2026**: Petitioner's brief due.

Dated this 22nd day of June, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge